UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THEODORE JACKSON, | ) | Case No.: 1:03 CV 2525 |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| OHIO DEPARTMENT OF | ) | |
| REHABILITATION & CORRECTION, | ) | |
| | ) | |
| Respondent | ) | JUDGMENT ENTRY |

The court, having adopted the Magistrate Judge's Report and Recommendation (ECF No. 40), recommending that Petitioner's petition for a writ of habeas corpus be dismissed, hereby enters judgment for the Respondent and against the Petitioner.

IT IS SO ORDERED.

/s/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

April 25, 2005